# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Robert McCluskey

    v.                                    Civil No. 05-cv-052-JD

Prime Care Medical, Inc., et al.

## ORDER OF RECUSAL

I hereby recuse myself from this case.

**SO ORDERED.**

                                                   /s/ James R. Muirhead
                                                   James R. Muirhead
                                                   United States Magistrate Judge

Date: June 17, 2005

cc:    Kenneth C. Bartholomew, Esq.
        Steven E. Hengen, Esq.
        Jonathan A. Lax, Esq.
        Maureen Raiche Manning, Esq.
        Peter W. Mosseau, Esq.
        Lawrence A. Vogelman, Esq.