UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Robert McCluskey

                    v.                                    Civil No. 05-cv-52-JD

PrimeCare Medical, Inc., et al.


O R D E R


On April 25, 2006, the Court ordered the plaintiff to identify and serve defendants listed as

Jane and John Doe within 20 days of that order or the claims against those defendants would be

dismissed without prejudice.

To date, no identification has been  filed nor has any extension of time to do so been sought.

It is, therefore, ordered that defendants Jane and John Doe are dismissed without prejudice.

SO ORDERED.


May 22, 2006                                   /s/ Joseph A. DiClerico, Jr.
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge


cc:     Counsel of Record